UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04049-HDV-E | Date | 08/18/26 |
| Title | *Christian Mijael Martinez Barrios v. Warden-Facility Administrator Adelanto ICE Processing Center et al* | | |

| | |
|---|---|
| Present: The Honorable | Hernán D. Vera, United States District Judge |

| | |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE RESPONSE TO PETITIONER'S TRO APPLICATION AND REQUEST TO VACATE HEARING**

Respondents' request to vacate the August 20, 2026 hearing is denied. Respondents have alleged that Petitioner has an outstanding arrest warrant from Mexico, and the Court has many questions for both Petitioner and Respondents.